FILED BY **vbe** D.C.

05 MAY 18 AM 9:51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

NACCO MATERIALS HANDLING )
GROUP, INC., d/b/a YALE MATERIALS )
HANDLING CORPORATION, )
)
    Plaintiff, )
)
v. ) NO. 03-2561-BA
)
TOYOTA MATERIAL HANDLING )
USA, INC., and THE LILLY COMPANY, )
)
    Defendants. )

## ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE LILLY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Upon Motion by Plaintiff and for good cause shown, the time for Plaintiff to respond to the Motion for Partial Summary Judgment filed in this cause on April 20, 2005 is hereby extended to June 13, 2005.

ENTER this 17th day of May, 2005.

_____
United States District Judge

511498.1
5/16/2005 12:30 PM

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  5-19-05

114

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 2:03-CV-02561 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

J. S. Wilson
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Aubrey B. Harwell
LAW OFFICE OF AUBREY B. HARWELL, JR.
150 Fourth Ave. North
Nashville, TN 37219

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Ronald G. Harris
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jon D. Ross
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT