FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

05 MAY 27 PM 2: 05

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| NACCO MATERIALS HANDLING GROUP, INC., d/b/a YALE MATERIALS HANDLING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MATERIAL HANDLING USA, INC., and THE LILLY COMPANY,<br><br>Defendants. | NO. 03-2561-BA |

## ORDER GRANTING ADMISSION OF MICHAEL J. LOCKERBY PRO HAC VICE

Upon Motion and for good cause shown, it is ORDERED that Michael J. Lockerby shall be permitted to appear in this case *pro hac vice*.

ENTERED this 26th day of May, 2005.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-1-05

117

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 117 in case 2:03-CV-02561 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jon D. Ross
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

J. S. Wilson
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Ronald G. Harris
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Aubrey B. Harwell  
LAW OFFICE OF AUBREY B. HARWELL, JR.  
150 Fourth Ave. North  
Nashville, TN 37219  

Honorable J. Breen  
US DISTRICT COURT