IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| NACCO MATERIALS HANDLING GROUP, INC., d/b/a YALE MATERIALS HANDLING CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 03-2561-B A ) |
| TOYOTA MATERIAL HANDLING, U.S.A., INC. and THE LILLY COMPANY, | ) ) ) |
| Defendants. | ) |

### ORDER GRANTING LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES

Upon the Motion for Leave to File Brief in Excess of Twenty Pages filed by the Defendant Toyota Material Handling, U.S.A., Inc. and for good cause shown, the Court finds that such motion is well taken and should be granted. Defendant Toyota Material Handling, U.S.A., Inc. shall be and hereby is granted permission to file its Memorandum in Support of Motion for Summary Judgment which was previously submitted to the Court and which exceeds twenty pages in length. It is so **ORDERED**.

**ENTERED** this 9th day of June, 2005.

J. DANIEL BREEN
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-13-05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 127 in case 2:03-CV-02561 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Jon D. Ross
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Ronald G. Harris
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Aubrey B. Harwell
LAW OFFICE OF AUBREY B. HARWELL, JR.
150 Fourth Ave. North
Nashville, TN 37219

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

J. S. Wilson
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT