FILED IN OPEN COURT
DATE: 6/30/05
TIME: 4:24 pm
INITIALS: [initials]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

NACCO MATERIALS HANDLING
GROUP, INC., d/b/a YALE MATERIALS
HANDLING CORPORATION,

    Plaintiff,

v.                                                       No. 03-2561- B A

TOYOTA MATERIALS HANDLING
USA, INC., and THE LILLY COMPANY,

    Defendants.

## ORDER

On June 1, 2005, a hearing was held on the Application for Preliminary Injunction filed by Defendant The Lilly Company's ("Lilly") seeking to enjoin Plaintiff NACCO Materials Handling Corporation ("NMHG") from non-renewing its Dealer Marketing Agreements. This matter is set for trial August 15, 2005.

Given the volume of evidence introduced, most of which is by deposition testimony, the Court must take this matter under advisement. The status quo shall be maintained as to all matters between the parties pursuant to the contract between the parties as it existed prior to July 2, 2005, the Court's Order of November 23, 2004 and otherwise, pending the Court's ruling on the matters presented at the June 1, 2005 hearing.

It is SO ORDERED this 30th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 144 in case 2:03-CV-02561 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Ronald G. Harris
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jon D. Ross
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Aubrey B. Harwell
LAW OFFICE OF AUBREY B. HARWELL, JR.
150 Fourth Ave. North
Nashville, TN 37219

J. S. Wilson
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT