IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 12 AM 10: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

NACCO MATERIALS HANDLING
GROUP, INC., d/b/a YALE MATERIALS
HANDLING CORPORATION,

    Plaintiff,

v.                                    No. 03-2561- B A

TOYOTA MATERIALS HANDLING
USA, INC., and THE LILLY COMPANY,

    Defendant.

### ORDER ALLOWING THE LILLY COMPANY TO FILE REPLY BRIEF

Upon Motion of Defendant, The Lilly Company ("Lilly"), for leave to file a Reply Brief to Plaintiff's Opposition to Lilly's Motion for Partial Summary Judgment -- Exclusivity Provision, and the Court finding that the Motion should be granted, it is ORDERED that the Reply Brief submitted by Lilly shall be filed by the Clerk.

SO ENTERED THIS 12th DAY OF July, 2005.

UNITED STATES DISTRICT COURT JUDGE
DANIEL J. BREEN

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 152 in case 2:03-CV-02561 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Ronald G. Harris
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Jon D. Ross
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

J. S. Wilson
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Aubrey B. Harwell
LAW OFFICE OF AUBREY B. HARWELL, JR.
150 Fourth Ave. North
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT