IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY _____ D.C.

05 JUL 14 PM 4: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

NACCO MATERIALS HANDLING )
GROUP, INC., d/b/a YALE MATERIALS )
HANDLING CORPORATION, )
                                            )
     Plaintiff, )
                                            )
vs. )              No. 03-2561-B A
                                            )
TOYOTA MATERIAL HANDLING, )
U.S.A., INC. and THE LILLY COMPANY, )
                                            )
     Defendants. )

## ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST TOYOTA MATERIAL HANDLING, U.S.A., INC'S COUNTERCLAIM

Upon motion of the Defendant Toyota Material Handling, U.S.A., Inc. and for good cause shown, the time for Defendant to respond to the Motion for Summary Judgment against Toyota's Counterclaim is hereby extended an additional ten days.

ENTER this 14th day of July, 2005.

_____
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-15-05

157

## **CERTIFICATE**

I certify that I have placed a true and exact copy of the foregoing in the United States mail, postage prepaid, addressed to:

>Glen G. Reid, Jr. Esq.
>Wyatt, Tarrant & Combs
>The Renaissance Center
>1715 Aaron Brenner Drive, Suite 800
>Memphis, TN 38120-1445
>
>Jeffrey C. Smith, Esq.
>Armstrong Allen
>Brinkley Plaza
>80 Monroe Ave., Suite 700
>Memphis, TN 38103

This 13th day of July, 2005.

*/s/ Ronald Y. Harvey*

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 157 in case 2:03-CV-02561 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Aubrey B. Harwell
LAW OFFICE OF AUBREY B. HARWELL, JR.
150 Fourth Ave. North
Nashville, TN 37219

Ronald G. Harris
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

J. S. Wilson
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jon D. Ross
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT