IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY ___ D.C.

05 JUL 18 PM 2: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| NACCO MATERIALS HANDLING GROUP, INC., d/b/a YALE MATERIALS HANDLING CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 03-2561-B A ) |
| TOYOTA MATERIAL HANDLING, U.S.A., INC. and THE LILLY COMPANY, | ) ) ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANT TOYOTA MATERIAL HANDLING, U.S.A., INC. LEAVE TO FILE A REPLY BRIEF

Upon motion of the Defendant Toyota Material Handling, U.S.A., Inc. for leave to file a Reply Brief to Plaintiff Yale's Memorandum in Opposition to Defendant's Motion for Summary Judgment, and the Court finding that the Motion should be granted, it is **ORDERED** that the Defendant Toyota Material Handling, U.S.A., Inc. shall be granted leave to file such a Reply Brief.

**ENTERED** this _18th_ day of _July_, 2005.

_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-18-05

(159)

## CERTIFICATE OF SERVICE

I certify that I have placed a true and exact copy of the foregoing in the United States mail, postage prepaid, addressed to:

>Glen G. Reid, Jr. Esq.
>Wyatt, Tarrant & Combs
>The Renaissance Center
>1715 Aaron Brenner Drive, Suite 800
>Memphis, TN 38120-1445
>
>Jeffrey C. Smith, Esq.
>Armstrong Allen
>Brinkley Plaza
>80 Monroe Ave., Suite 700
>Memphis, TN 38103

This 14th day of July, 2005.

*/s/ Ronald Y. Henry*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 159 in case 2:03-CV-02561 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Ronald G. Harris
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

J. S. Wilson
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Jon D. Ross
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Aubrey B. Harwell
LAW OFFICE OF AUBREY B. HARWELL, JR.
150 Fourth Ave. North
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT