IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -3 AM 10: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| NACCO MATERIALS HANDLING GROUP, INC. d/b/a YALE MATERIALS HANDLING CORP., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO.   03-2561 B/An |
| TOYOTA MATERIALS HANDLING USA, INC. and THE LILLY CO., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

Before the Court is Defendant The Lilly Company's ("Lilly") Motion to Withdraw As Counsel filed on July 21, 2005. For good cause shown, the motion is **GRANTED**. Attorney Amy Holliman Brown is hereby permitted to withdraw as counsel for Lilly. Mr. Jeffrey C. Smith and Mr. Mark S. Norris will continue to serve as counsel of record for Lilly.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 02, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-3-05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 173 in case 2:03-CV-02561 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

J. S. Wilson
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Jon D. Ross
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Aubrey B. Harwell
LAW OFFICE OF AUBREY B. HARWELL, JR.
150 Fourth Ave. North
Nashville, TN 37219

Ronald G. Harris
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Amy Holliman Brown
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT