IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

NACCO MATERIALS HANDLING
GROUP, INC., d/b/a YALE MATERIALS
HANDLING CORPORATION,

    Plaintiff,

v.                                              No. 03-2561 B

TOYOTA MATERIALS HANDLING
USA, INC., and THE LILLY COMPANY,

    Defendants.

---

ORDER DIRECTING CLERK TO REMOVE MOTION FROM PENDING STATUS

---

Pending on the Court's docket is a motion by Plaintiff Nacco Materials Handling Group, Inc. d/b/a Yale Materials Handling Corporation ("Yale Materials") (Docket No. 49) for clarification of status regarding the right of Yale Materials to proceed with termination of dealer marketing agreements with Defendant Lilly Company. On June 30, 2005, the Court entered an order maintaining the status quo between Yale Materials and Lilly Company, rendering Plaintiff's September 30, 2004 request moot. Accordingly, the Clerk of the Court is directed to remove the motion from pending status.

IT IS SO ORDERED this 6th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 177 in case 2:03-CV-02561 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

J. S. Wilson
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Jon D. Ross
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Aubrey B. Harwell
LAW OFFICE OF AUBREY B. HARWELL, JR.
150 Fourth Ave. North
Nashville, TN 37219

Ronald G. Harris
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT