IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

NACCO MATERIALS HANDLING
GROUP, INC., d/b/a YALE MATERIALS
HANDLING CORPORATION,

    Plaintiff,

v.                                  No. 03-2561 B

TOYOTA MATERIALS HANDLING
USA, INC., and THE LILLY COMPANY,

    Defendants.

ORDER DIRECTING CLERK TO REMOVE MOTION FROM PENDING STATUS

    Pending on the Court's docket is a motion by Plaintiff Nacco Materials Handling Group, Inc. d/b/a Yale Materials Handling Corporation ("Yale Materials") (Docket No. 160) for a continuance of the trial date then scheduled to begin August 15, 2005. On July 21, 2005, the Court held a status conference during which the August 15, 2005 trial date was vacated rendering Plaintiff's request moot. Accordingly, the Clerk of the Court is directed to remove the motion from pending status.

    IT IS SO ORDERED this 17th day of October, 2005.

                J. DANIEL BREEN
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-17-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 179 in case 2:03-CV-02561 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Ronald G. Harris
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Jon D. Ross
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Aubrey B. Harwell
LAW OFFICE OF AUBREY B. HARWELL, JR.
150 Fourth Ave. North
Nashville, TN 37219

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

J. S. Wilson
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable J. Breen
US DISTRICT COURT