**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY ___ DC ___ D.C.

05 NOV 14  PM 4: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

NACCO MATERIALS HANDLING )
GROUP, INC., d/b/a YALE )
MATERIALS HANDLING )
CORPORATION )
)
    Plaintiffs, )
)
v. )    No. 03-2561-B A
)
TOYOTA MATERIAL HANDLING )
USA, INC., and THE LILLY COMPANY )
)
    Defendants. )

## ORDER DENYING LILLY'S MOTION FOR STAY PENDING APPEAL

This cause came on to be heard upon a Motion of Defendant, The Lilly Company, for a stay pending appeal of the October 17, 2005, Order entered by the Court.

Upon consideration of the Motion, Plaintiff's opposition to the Motion, and statements and arguments of counsel in open Court on November 3, 2005, the Court finds that the Motion for Stay Pending Appeal should be denied.

It is so ORDERED.

_____
United States District Judge

Date: _11/14/05_____

APPROVED AS TO FORM:

_____
Glen G. Reid, Jr., (#8184)
Wyatt, Tarrant & Combs, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38119
901-537-1000
Attorney for Plaintiff

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-15-05

191

Jeffery Smith
Armstrong Allen
80 Monroe Avenue
Memphis, TN 38103
Attorney for Defendant, The Lilly Company

524716.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 191 in case 2:03-CV-02561 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Ronald G. Harris
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

J. S. Wilson
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jon D. Ross
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Aubrey B. Harwell
LAW OFFICE OF AUBREY B. HARWELL, JR.
150 Fourth Ave. North
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT