FILED BY ___ D.C.

05 DEC -7 PM 3: 47

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NACCO MATERIALS HANDLING GROUP, INC., d/b/a YALE MATERIALS HANDLING CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> TOYOTA MATERIALS HANDLING USA, INC., and THE LILLY COMPANY, <br><br> Defendants. | No. 03-2561 B A |

## ORDER GRANTING THE LILLY COMPANY'S
## MOTION FOR EXTENSION OF TIME

It appears to the Court that The Lilly Company's Motion for Extension of Time is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that The Lilly Company shall be granted an extension of time until December 21, 2005 in which to file its answer to Plaintiff's NACCO Materials Handling Group, Inc. d/b/a Yale Materials Handling Corporation's Second Amended Complaint.

It is so ORDERED this ___7th___ day of December, 2005.

S. Thomas Anderson USMJ
~~J. DANIEL BREEN~~
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-7-05

201

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 201 in case 2:03-CV-02561 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

J. S. Wilson
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Ronald G. Harris
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jeff Smith
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jon D. Ross
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Aubrey B. Harwell
LAW OFFICE OF AUBREY B. HARWELL, JR.
150 Fourth Ave. North
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT